# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00423-CV

**Appellants, Star Operations, Inc. and Great American Insurance Company of New York//
Cross-Appellant, Dig Tech, Inc.**

**v.**

**Appellee, Dig Tech, Inc.//Cross-Appellees, Star Operations, Inc. and Great American
Insurance Company of New York**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
### NO. 12-0-337, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellee/Cross-Appellant Dig Tech, Inc. filed an unopposed motion to dismiss its cross-appeal. We hereby grant the motion and dismiss Dig Tech's cross-appeal. The appeal shall continue as to the remaining appellants, Star Operations, Inc. and Great American Insurance Company of New York. We have amended the style of the case to reflect the partial dismissal: *Star Operations, Inc. and Great American Insurance Company of New York, Appellants v. Dig Tech, Inc., Appellee*.

It is ordered December 17, 2015.

Before Justices Puryear, Goodwin, and Bourland